# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH DAKOTA

In re: JACOBSON, ARDELLA ORIET             § Case No. 12-10022
                                           §
                                           §
                                           §
Debtor(s)                                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   Forrest Allred, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $180,803.28                Assets Exempt: $183,083.28
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,004.35    Claims Discharged
                                              Without Payment: $401,750.89

Total Expenses of Administration: $1,477.62

---

   3) Total gross receipts of $     5,481.97     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of $5,481.97 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,477.62 | 1,477.62 | 1,477.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,402.56 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 407,629.01 | 26,076.73 | 26,076.73 | 4,004.35 |
| **TOTAL DISBURSEMENTS** | $409,031.57 | $27,554.35 | $27,554.35 | $5,481.97 |

4) This case was originally filed under Chapter 7 on January 30, 2012. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/20/2013        By: /s/Forrest Allred
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS - First Premier | 1129-000 | 105.36 |
| AUTOMOBILES - 2004 Ford Explorer | 1129-000 | 2,770.00 |
| OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 1129-000 | 30.00 |
| OTHER PERSONAL PROPERTY | 1129-000 | 25.00 |
| ACCRUED WAGES | 1229-000 | 669.81 |
| TAX REFUNDS - 2011 | 1124-000 | 1,805.00 |
| TAX REFUNDS - 2012 prorated | 1124-000 | 76.80 |
| **TOTAL GROSS RECEIPTS** | | **$5,481.97** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Forrest Allred, Chapter 7 Trustee | 2100-000 | N/A | 1,298.20 | 1,298.20 | 1,298.20 |
| Forrest Allred, Chapter 7 Trustee | 2200-000 | N/A | 5.72 | 5.72 | 5.72 |
| Forrest C. Allred | 3110-000 | N/A | 132.50 | 132.50 | 132.50 |
| Forrest C. Allred | 3120-000 | N/A | 1.20 | 1.20 | 1.20 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,477.62 | $1,477.62 | $1,477.62 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Clark County Treasurer | 5200-000 | 1,402.56 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,402.56 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP | 7100-000 | 14,412.20 | 4,546.23 | 4,546.23 | 698.12 |
| 2 | PYOD, LLC | 7100-000 | N/A | 8,217.24 | 8,217.24 | 1,261.84 |
| 3 | PYOD, LLC | 7100-000 | 7,925.62 | 6,583.05 | 6,583.05 | 1,010.89 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 5,027.00 | 4,895.72 | 4,895.72 | 751.79 |
| 5 | Capital Recovery V, LLC | 7100-000 | 1,795.76 | 1,470.82 | 1,470.82 | 225.86 |
| 6 | Capital Recovery V, LLC | 7100-000 | N/A | 150.87 | 150.87 | 23.17 |
| 7 | eCAST Settlement Corp, | 7100-000 | 192.48 | 212.80 | 212.80 | 32.68 |
| NOTFILED | Dacotah Bank | 7100-000 | 440.00 | N/A | N/A | 0.00 |
| NOTFILED | Dacotah Bank | 7100-000 | 9,247.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank South Dakota, NA | 7100-000 | 4,025.00 | N/A | N/A | 0.00 |
| NOTFILED | Brown Clinic | 7100-000 | 1,410.91 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1,432.60 | N/A | N/A | 0.00 |
| NOTFILED | Avera University Psychiatry Association | 7100-000 | 460.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 17,324.00 | N/A | N/A | 0.00 |
| NOTFILED | Doctors | 7100-000 | 1,295.00 | N/A | N/A | 0.00 |
| NOTFILED | Infectious Disease Specialist | 7100-000 | 836.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital/Walmart | 7100-000 | 1,099.00 | N/A | N/A | 0.00 |
| NOTFILED | North Central Heart Insitute | 7100-000 | 1,113.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical X-Ray Center PC | 7100-000 | 9,287.00 | N/A | N/A | 0.00 |
| NOTFILED | Prairie Lakes Health System | 7100-000 | 24,307.09 | N/A | N/A | 0.00 |
| NOTFILED | Universal Card | 7100-000 | 9,622.00 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | 5,332.00 | N/A | N/A | 0.00 |
| NOTFILED | McGreevy Clinic | 7100-000 | 4,879.00 | N/A | N/A | 0.00 |
| NOTFILED | Avera Rehabilitation Associates | 7100-000 | 2,318.00 | N/A | N/A | 0.00 |
| NOTFILED | Neurology Associates | 7100-000 | 6,256.58 | N/A | N/A | 0.00 |
| NOTFILED | Avera Medical Center | 7100-000 | 6,356.29 | N/A | N/A | 0.00 |
| NOTFILED | Avera Rehabilitation | 7100-000 | 2,318.00 | N/A | N/A | 0.00 |
| NOTFILED | Clark County Treasurer | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Accounts Management Inc | 7100-000 | 7,211.26 | N/A | N/A | 0.00 |
| NOTFILED | Avera McKennan Hospital | 7100-000 | 33,665.01 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Avera McKennan Hospital | 7100-000 | 81,722.53 | N/A | N/A | 0.00 |
| NOTFILED | Avera Midwest Psychiatric Medicine | 7100-000 | 835.00 | N/A | N/A | 0.00 |
| NOTFILED | Avera McKennan Regional Laboratory | 7100-000 | 2,392.92 | N/A | N/A | 0.00 |
| NOTFILED | Avera McKennan Hospital | 7100-000 | 1,166.71 | N/A | N/A | 0.00 |
| NOTFILED | Avera McKennan Hospital | 7100-000 | 5,395.58 | N/A | N/A | 0.00 |
| NOTFILED | Avera McKennan Hospital | 7100-000 | 116,705.23 | N/A | N/A | 0.00 |
| NOTFILED | Avera McKennan Hospital | 7100-000 | 4,665.24 | N/A | N/A | 0.00 |
| NOTFILED | Avera N. Central Kidney Institute | 7100-000 | 15,158.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $407,629.01 | $26,076.73 | $26,076.73 | $4,004.35 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-10022  
**Case Name:** JACOBSON, ARDELLA ORIET  

**Trustee:** (610080) Forrest Allred, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 01/30/12 (f)  
**§341(a) Meeting Date:** 03/06/12  

**Period Ending:** 11/20/13  
**Claims Bar Date:** 07/08/13  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  REAL PROPERTY | 53,312.00 | 0.00 | | 0.00 | FA |
| 2  BANK ACCOUNTS - Bank of the West | 50.00 | 0.00 | | 0.00 | FA |
| 3  BANK ACCOUNTS - Dacotah Bank | 125.00 | 0.00 | | 0.00 | FA |
| 4  BANK ACCOUNTS - First Premier | 50.00 | 105.36 | | 105.36 | FA |
| 5  HOUSEHOLD GOODS AND FURNISHINGS | 575.00 | 0.00 | | 0.00 | FA |
| 6  WEARING APPAREL | 75.00 | 0.00 | | 0.00 | FA |
| 7  FURS & JEWELRY | 25.00 | 0.00 | | 0.00 | FA |
| 8  FIREARMS AND HOBBY EQUIPMENT | 45.00 | 0.00 | | 0.00 | FA |
| 9  INTERESTS IN INSURANCE POLICIES | 10,000.00 | 0.00 | | 0.00 | FA |
| 10  IRAS, PENSION - The Lower Agency - Ardella | 29,983.76 | 0.00 | | 0.00 | FA |
| 11  IRAS, PENSION - The Lower Agency - Walter | 30,067.41 | 0.00 | | 0.00 | FA |
| 12  IRAS, PENSION - American Funds | 5,962.64 | 0.00 | | 0.00 | FA |
| 13  IRAS, PENSION - Duckwall/Alco | 97.24 | 0.00 | | 0.00 | FA |
| 14  IRAS, PENSION - McCain IRA | 24,739.74 | 0.00 | | 0.00 | FA |
| 15  IRAS, PENSION - TransAmerica Master Retirement | 105.75 | 0.00 | | 0.00 | FA |
| 16  IRAS, PENSION - McCain IRA (Duplicate Asset) | 24,739.74 | 0.00 | | 0.00 | FA |
| 17  AUTOMOBILES - 1929 Ford Model A | 50.00 | 0.00 | | 0.00 | FA |
| 18  BOATS, MOTORS - 1954 MSC Alum. Boat | 200.00 | 0.00 | | 0.00 | FA |
| 19  AUTOMOBILES - 1960 Ford Mustang | 50.00 | 0.00 | | 0.00 | FA |
| 20  AUTOMOBILES - 1961 Avio Camper Trailer | 100.00 | 0.00 | | 0.00 | FA |
| 21  AUTOMOBILES - 1965 Ford Mustang | 50.00 | 0.00 | | 0.00 | FA |
| 22  AUTOMOBILES - 1965 Renault Convertible | 50.00 | 0.00 | | 0.00 | FA |
| 23  AUTOMOBILES - 1971 Ford Galaxy | 50.00 | 0.00 | | 0.00 | FA |
| 24  AUTOMOBILES - 1979 Ford Bronco | 50.00 | 0.00 | | 0.00 | FA |
| 25  AUTOMOBILES - 1985 Dodge Van | 50.00 | 0.00 | | 0.00 | FA |
| 26  AUTOMOBILES - 1986 Chevy SUV | 50.00 | 0.00 | | 0.00 | FA |
| 27  BOATS, MOTORS - 1986 UNK Boat Trailer | 100.00 | 0.00 | | 0.00 | FA |

Printed: 11/20/2013 05:08 PM    V.13.13

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-10022  
**Case Name:** JACOBSON, ARDELLA ORIET  

**Period Ending:** 11/20/13

**Trustee:** (610080) Forrest Allred, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 01/30/12 (f)  
**§341(a) Meeting Date:** 03/06/12  
**Claims Bar Date:** 07/08/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | AUTOMOBILES - 1987 Pontiac | 50.00 | 0.00 | | 0.00 | FA |
| 29 | AUTOMOBILES - 1997 Lincoln | 50.00 | 0.00 | | 0.00 | FA |
| 30 | AUTOMOBILES - 2004 Ford Explorer | 5,000.00 | 2,770.00 | | 2,770.00 | FA |
| 31 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 30.00 | 30.00 | | 30.00 | FA |
| 32 | OTHER PERSONAL PROPERTY | 25.00 | 25.00 | | 25.00 | FA |
| 33 | ACCRUED WAGES  (u) | 0.00 | 669.81 | | 669.81 | FA |
| 34 | TAX REFUNDS - 2011 | 0.00 | 1,805.00 | | 1,805.00 | FA |
| 35 | TAX REFUNDS - 2012 prorated | 0.00 | 76.80 | | 76.80 | FA |
| 35 | **Assets    Totals** (Excluding unknown values) | **$185,908.28** | **$5,481.97** | | **$5,481.97** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Complete TDR.

**Initial Projected Date Of Final Report (TFR):**   January 30, 2014    **Current Projected Date Of Final Report (TFR):**   August 12, 2013  (Actual)

Printed: 11/20/2013 05:08 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-10022  
**Case Name:** JACOBSON, ARDELLA ORIET  
**Taxpayer ID #:** **-***4031  
**Period Ending:** 11/20/13  

**Trustee:** Forrest Allred, Chapter 7 Trustee (610080)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****839566 - Checking Account  
**Blanket Bond:** $19,324,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/03/13 | | Ardella Orient Jacobson | excess exemptions | | | 4,544.97 | | 4,544.97 |
| | {4} | | excess exemptions | 105.36 | 1129-000 | | | 4,544.97 |
| | {31} | | excess exemptions | 30.00 | 1129-000 | | | 4,544.97 |
| | {32} | | excess exemptions | 25.00 | 1129-000 | | | 4,544.97 |
| | {30} | | excess exemptions | 2,770.00 | 1129-000 | | | 4,544.97 |
| | {33} | | excess exemptions | 669.81 | 1229-000 | | | 4,544.97 |
| | {34} | | excess exemptions | 944.80 | 1124-000 | | | 4,544.97 |
| 04/22/13 | | United States Treasury | 2012 tax refund intercept | | | 937.00 | | 5,481.97 |
| | {34} | | excess exemptions | 860.20 | 1124-000 | | | 5,481.97 |
| | {35} | | excess exemptions | 76.80 | 1124-000 | | | 5,481.97 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,471.97 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,461.97 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,451.97 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,441.97 |
| 09/10/13 | 101 | Forrest Allred, Chapter 7 Trustee | Dividend paid 100.00% on $1,298.20, Trustee Compensation;  Reference: | | 2100-000 | | 1,298.20 | 4,143.77 |
| 09/10/13 | 102 | Forrest Allred, Chapter 7 Trustee | Dividend paid 100.00% on $5.72, Trustee Expenses;  Reference: | | 2200-000 | | 5.72 | 4,138.05 |
| 09/10/13 | 103 | Forrest C. Allred | Dividend paid 100.00% on $132.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | | 3110-000 | | 132.50 | 4,005.55 |
| 09/10/13 | 104 | Forrest C. Allred | Dividend paid 100.00% on $1.20, Attorney for Trustee Expenses (Trustee Firm);  Reference: | | 3120-000 | | 1.20 | 4,004.35 |
| 09/10/13 | 105 | American InfoSource LP | Dividend paid 15.35% on $4,546.23; Claim# 1; Filed: $4,546.23; Reference: | | 7100-000 | | 698.12 | 3,306.23 |
| 09/10/13 | 106 | PYOD, LLC | Dividend paid 15.35% on $8,217.24; Claim# 2; Filed: $8,217.24; Reference: | | 7100-000 | | 1,261.84 | 2,044.39 |
| 09/10/13 | 107 | PYOD, LLC | Dividend paid 15.35% on $6,583.05; Claim# 3; Filed: $6,583.05; Reference: | | 7100-000 | | 1,010.89 | 1,033.50 |
| 09/10/13 | 108 | Capital One Bank (USA), N.A. | Dividend paid 15.35% on $4,895.72; Claim# 4; Filed: $4,895.72; Reference: | | 7100-000 | | 751.79 | 281.71 |
| 09/10/13 | 109 | Capital Recovery V, LLC | Dividend paid 15.35% on $1,470.82; Claim# 5; Filed: $1,470.82; Reference: | | 7100-000 | | 225.86 | 55.85 |
| 09/10/13 | 110 | Capital Recovery V, LLC | Dividend paid 15.35% on $150.87; Claim# 6; Filed: $150.87; Reference: | | 7100-000 | | 23.17 | 32.68 |
| 09/10/13 | 111 | eCAST Settlement Corp, | Dividend paid 15.35% on $212.80; Claim# 7; Filed: $212.80; Reference: | | 7100-000 | | 32.68 | 0.00 |

Subtotals :   $5,481.97   $5,481.97

{} Asset reference(s)   Printed: 11/20/2013 05:08 PM   V.13.13

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-10022  
**Case Name:** JACOBSON, ARDELLA ORIET  

**Taxpayer ID #:** **-***4031  
**Period Ending:** 11/20/13  

**Trustee:** Forrest Allred, Chapter 7 Trustee (610080)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****839566 - Checking Account  
**Blanket Bond:** $19,324,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 5,481.97 | 5,481.97 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,481.97 | 5,481.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,481.97** | **$5,481.97** | |

| | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | **Checking # ****839566** | 5,481.97 | 5,481.97 | 0.00 |
| | | **$5,481.97** | **$5,481.97** | **$0.00** |

{} Asset reference(s)